THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lentigus Kenta Floyd, Appellant.
 
 
 

Appeal from Greenwood County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No.  2007-UP-232
Submitted May 1, 2007  Filed May 15, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Lentigus Kenta Floyd appeals his convictions for murder and possession of a firearm during a violent crime.  The trial judge sentenced him to life imprisonment.  Floyd contends the trial judge erred in admitting testimony that Floyd made a threat against the victim because the prejudicial effect of this evidence substantially outweighs its probative value.  Floyds counsel attached a petition to be relieved, stating he reviewed the record and concluded this appeal lacks merit.  Floyd did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Floyds appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.